Dean A. Hanley, Esq.   (State Bar No. 169507)
Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  pharley@phhlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENE MURRAY and ANNA MARIE MURRAY,<br><br>  Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al,<br><br>  Defendants. | Case No.: C 07 0843 WDB<br><br>**STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED] ORDER** |

Defendant HOPEMAN BROTHERS, INC., having recently changed its place of incorporation to the State of Virginia, and the plaintiffs being citizens of the State of Virginia,

IT IS HEREBY STIPULATED by and between the above-captioned plaintiffs and defendant HOPEMAN BROTHERS, INC.—the sole party that removed this case from the Superior Court of the State of California, County of Alameda, to the U.S District Court for the Northern District of California—that the parties are not diverse and this Court does not have subject matter jurisdiction over this action.

IT IS FURTHER STIPULATED, based thereon, that this case should be remanded to state court at the earliest possible date.

STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED] ORDER
S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\Motions\HOPEMAN motion to remand - stip.doc

PAGE 1

IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

SO STIPULATED by below-signing counsel, on behalf of the parties:

Dated: February 13, 2007         PAUL, HANLEY & HARLEY LLP

                                 By: _____
                                     Deborah R. Rosenthal, Esq.
                                     Attorneys for Plaintiffs


Dated: February 13, 2007         BASSI, MARTINI, EDLIN & BLUM, LLP

                                 By_____
                                     Robert Kraft, Esq.
                                     Attorneys for HOPEMAN BROTHERS, INC.


* * *

## ORDER

Counsel for plaintiffs and for defendant HOPEMAN BROTHERS, INC., the sole party who removed this case from the Superior Court of the State of California to the U.S. District Court, having stipulated that this case be remanded to state court,

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-captioned case is REMANDED to the Superior Court of California, County of Alameda.

Dated: _____          _____
                                         Honorable Wayne D. Brazil

---

STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED] ORDER                                                                          PAGE 2
S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\Motions\HOPEMAN motion to remand - stip.doc

IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

SO STIPULATED by below-signing counsel, on behalf of the parties:

Dated: February 13, 2007        PAUL, HANLEY & HARLEY LLP

By: _____
Deborah R. Rosenthal, Esq.
Attorneys for Plaintiffs

Dated: February 13, 2007        BASSI, MARTINI, EDLIN & BLUM, LLP

By _____
Robert Kraft, Esq.
Attorneys for HOPEMAN BROTHERS, INC.

* * *

### ORDER

Counsel for plaintiffs and for defendant HOPEMAN BROTHERS, INC., the sole party who removed this case from the Superior Court of the State of California to the U.S. District Court, having stipulated that this case be remanded to state court,

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-captioned case is REMANDED to the Superior Court of California, County of Alameda.

Dated: 2/15/07        /s/ Wayne D. Brazil
_____
Honorable Wayne D. Brazil

STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED] ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA - COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710.

On February 13, 2007, I served the foregoing:

1. **STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED] ORDER**

2. **STIPULATION TO WITHDRAW NOTICE OF REMOVAL; [PROPOSED] ORDER**

and a copy of this declaration to the interested parties herein as follows:

[ ]   By personal delivery of a true copy thereof to:

[ ]   By transmittal from a facsimile machine whose telephone number is (510) 559 9970:

[X]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Berkeley, California, addressed as follows:

**DEFENDANT HOPEMAN BROTHERS**
Bassi, Martini, Edlin & Blum
351 California Street, Suite 200
San Francisco, CA  94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: February 13, 2007

_____
Enedra L. Harden

Gene Murray, *et.al* v. A.W. Chesterton Company, *et al*
Northern District Case No. C 07 0843 WDB

S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\POS\HOPEMAN stip to withdraw and stip to remand action POS.doc